UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY R. BECHHOLD,

    Plaintiff,                                        Case No.1:02-CV-532

v.                                                  Hon. Richard Alan Enslen

DREAMWEAVER LURE COMPANY, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation dated February 6, 2008 filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 6, 2008, is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Contempt of Court (Dkt. No. 15) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                               /s/Richard Alan Enslen
February 29, 2008                                     Richard Alan Enslen
                                                              Senior United States District Judge